IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

AGRI EXOTIC TRADING, INC.,
COASTAL SUNBELT PRODUCE, LLC., and
PRODUCE ALLIANCE, LLC,

      Plaintiffs

vs.                                                Case No.  1:19-cv-23446-XXXX

SHIP SUPPLY OF FLORIDA, INC. t/a
SHIP SUPPLY INTERNATIONAL, a/t/a
SSF SHIP SUPPLY OF FLORIDA, INC.,
and ARES MICHAELIDES, individually,
and CHRISTIAN GIANNAKOPOULOS,
individually, and ADAM KAPLAN,
individually, and JEFF ZANARINI,
individually, and PARASHAR RANADE,
individually, and RICK ROSEN, individually,

      Defendants
_____/

## MOTION FOR TEMPORARY RESTRAINING ORDER

Upon the verified Declaration of Plaintiffs' representatives and the accompanying Memorandum in support, Plaintiffs move the Court to issue a temporary restraining order under Rule 65 of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant Section 5(c) of the Perishable Agriculture Commodities Act ("PACA"), 7 U.S.C. §499e(c), by restraining the transfer of any and all assets of Defendant Ship Supply of Florida, Inc. t/a Ship Supply International, a/t/a SSF Ship Supply of Florida, Inc., except for payment to Agri Exotic Trading, Inc., Coastal Sunbelt Produce, LLC and Produce Alliance, LLC, in the aggregate amount of $194,471.38, pending either payment to Plaintiffs by cashiers or certified check in the aggregate amount of $194,471.38 or a further hearing to be set within fourteen (14) days of the issuance of a Temporary Restraining Order. Plaintiff further requests that Defendants be required to account for trust assets.

2

WHEREFORE, Plaintiffs respectfully request that their Motion be granted, that the assets of Defendant Ship Supply of Florida, Inc. t/a Ship Supply International, a/t/a SSF Ship Supply of Florida, Inc. be restrained, except for payment to Plaintiffs and that Defendants be required to account for trust assets.

Dated this 16th day of August, 2019.

                FURR AND COHEN, P.A.
                Attorney for Plaintiff
                2255 Glades Road, Suite 301E
                Boca Raton, FL 33431
                (561) 395-0500/(561)338-7532-fax

By /s/ Marc P. Barmat
    MARC P. BARMAT
    Florida Bar No. 0022365
    email: mbarmat@furrcohen.com