IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

AGRI EXOTIC TRADING, INC.,
COASTAL SUNBELT PRODUCE, LLC., and
PRODUCE ALLIANCE, LLC,

        Plaintiffs

vs.                                            Case No. 1:19-cv-23446-XXXX

SHIP SUPPLY OF FLORIDA, INC. t/a
SHIP SUPPLY INTERNATIONAL, a/t/a
SSF SHIP SUPPLY OF FLORIDA, INC.,
and ARES MICHAELIDES, individually,
and CHRISTIAN GIANNAKOPOULOS,
individually, and ADAM KAPLAN,
individually, and JEFF ZANARINI,
individually, and PARASHAR RANADE,
individually, and RICK ROSEN, individually,

        Defendants
_____/

**MOTION FOR PRELIMINARY INJUNCTION**

      Upon the Declarations of the representatives of Plaintiffs and the accompanying memorandum in support, Plaintiffs move the Court to issue a preliminary injunction order under Rule 65(b) of the Federal Rules of Civil Procedure enforcing the statutory trust pursuant Section 5(c) of the Perishable Agriculture Commodities Act ("PACA"), 7 U.S.C. §499e(c), by restraining the transfer of any and all assets of Defendant Ship Supply of Florida, Inc. t/a Ship Supply International, a/t/a SSF Ship Supply of Florida, Inc., except for payment to Agri Exotic Trading, Inc., Coastal Sunbelt Produce LLC, and Produce Alliance, LLC in the aggregate amount of $194,471.38 until there is full payment to Plaintiffs of the aggregate amount of $194,471.38 pending the final outcome of this action, for Defendants to account for trust assets, and for collection of trust assets in the event Defendants fail to pay over the trust funds due to Plaintiffs.

1

WHEREFORE, Plaintiffs respectfully requests that their Motion be granted, that Defendants be enjoined from the transfer of assets of Defendant Ship Supply of Florida, Inc. t/a Ship Supply International, a/t/a SSF Ship Supply of Florida, Inc., except for payment to Plaintiffs, that Defendants be required to account for trust assets, and for collection of trust assets in the event Defendants fail to pay over the trust funds due to Plaintiffs.

Dated this 16th day of August, 2019.

        FURR AND COHEN, P.A.
        Attorney for Plaintiff
        2255 Glades Road, Suite 301E
        Boca Raton, FL 33431
        (561) 395-0500/(561)338-7532-fax

By /s/ Marc P. Barmat
        MARC P. BARMAT
        Florida Bar No. 0022365
        email:  mbarmat@furrcohen.com