IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

AGRI EXOTIC TRADING, INC.,
COASTAL SUNBELT PRODUCE, LLC., and
PRODUCE ALLIANCE, LLC,

      Plaintiffs

vs.                                                                           Case No. 1:19-cv-23446-Civ-MGC

SHIP SUPPLY OF FLORIDA, INC. t/a
SHIP SUPPLY INTERNATIONAL, a/t/a
SSF SHIP SUPPLY OF FLORIDA, INC.,
and ARES MICHAELIDES, individually,
and CHRISTIAN GIANNAKOPOULOS,
individually, and ADAM KAPLAN,
individually, and JEFF ZANARINI,
individually, and PARASHAR RANADE,
individually, and RICK ROSEN, individually,

      Defendants
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
## AS TO ALL DEFENDANTS

    Plaintiffs Agri Exotic Trading, Inc., Coastal Sunbelt Produce, LLC, and Produce Alliance, LLC, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss this action with prejudice as to all Defendants.

Dated this 29th day of August, 2019.

                                        FURR AND COHEN, P.A.
                                        Attorney for Plaintiff
                                        2255 Glades Road, Suite 301 East
                                        Boca Raton, FL 33431
                                        (561) 395-0500/(561)338-7532-fax


                                       By /s/ Marc P. Barmat
                                        MARC P. BARMAT
                                        Florida Bar No. 0022365
                                        email: mbarmat@furrcohen.com