UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-23446-Civ-COOKE/GOODMAN

AGRI EXOTIC TRADING, INC.,
COASTAL SUNBELT PRODUCE, LLC., and
PRODUCE ALLIANCE, LLC,

      Plaintiffs,

vs.

SHIP SUPPLY OF FLORIDA, INC. t/a
SHIP SUPPLY INTERNATIONAL, a/t/a
SSF SHIP SUPPLY OF FLORIDA, INC.,
and ARES MICHAELIDES, individually,
and CHRISTIAN GIANNAKOPOULOS,
individually, and ADAM KAPLAN,
individually, and JEFF ZANARINI,
individually, and PARASHAR RANADE,
individually, and RICK ROSEN, individually,

      Defendants.
_____/

## ORDER OF DISMISSAL

THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Voluntary Dismissal with Prejudice as to All Defendants (ECF No. 13). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 16th day of September 2019.

*[signature]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of Record*